UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-60552-CIV-SMITH/REID

RODERICK D. LOCKHART,

    Plaintiff,

v.

JUDGE MARIYA WEEKS,

    Defendant,
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND CLOSING CASE

THIS CAUSE is before the Court on the Report and Recommendation of Magistrate Judge [DE 27]. In that Report and Recommendation, Magistrate Judge Reid recommends that Plaintiff's *pro se* Amended Complaints, filed pursuant to 42 U.S.C. § 1983, be dismissed pursuant to 28 U.S.C. § 1915 for failure to state a claim upon which relief can be granted. As set out in the Report and Recommendation, the judges, prosecutors, and public defenders named as Defendants are all immune from suit in § 1983 cases. Further, Plaintiff has failed to state a claim against Broward County Jail/Courthouse. Plaintiff has not filed objections to the Report and Recommendation.[1] Thus, having carefully reviewed, *de novo*, Magistrate Judge Reid's Report and Recommendation, the record, and given that Plaintiff has not objected, it is

---

[1] It appears from the docket that Plaintiff has not actually received a copy of the Report and Recommendation because both attempts by the Clerk to mail the Report and Recommendation have been unsuccessful. Because the mail has been returned as undeliverable, it appears that Plaintiff has failed to provide an updated address to the Court. Pursuant to Local Rule 11.1(g), Plaintiff, as a pro se litigant, has an obligation to maintain current contact information with the Clerk of Court. Local Rule 11.1(g) further provides that "failure to comply shall not constitute grounds for relief from deadlines imposed by Rule or by the Court. All Court Orders and Notices will be deemed to be appropriately served if directed either electronically or by conventional mail consistent with information on file with the Clerk of Court." Accordingly, Plaintiff has failed to timely file objections.

**ORDERED** that:

(1) The above-mentioned Report of Magistrate Judge [DE 27] is **AFFIRMED and ADOPTED**, and incorporated by reference into this Court's Order;

(2) Plaintiff's Amended Complaints [DE 11 & 25] are **DISMISSED** with prejudice;

(3) All pending motions not otherwise ruled upon in this Order are **DENIED AS MOOT**; and

(4) This case is **CLOSED**.

**DONE and ORDERED** in Miami, Florida, this 7th day of August, 2019.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All counsel of record