UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60552-CIV-SMITH/REID

RODERICK D. LOCKHART,

    Plaintiff,
vs.

JUDGE MARIYA WEEKS,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation on Plaintiff's Motion for Reconsideration and to Reopen Case [DE 38], in which she recommends denying Plaintiff's Response to Order [DE 35], which the Court construes as a motion for reconsideration and to reopen the case. The Magistrate Judge recommends denying Plaintiff's motion because it is untimely and because Plaintiff has failed to make a showing justifying reconsideration. No objections have been filed. Accordingly, it is

**ORDERED** that:

1)    The Magistrate Judge's Report and Recommendation on Plaintiff's Motion for Reconsideration and to Reopen Case [DE 38] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2)    Plaintiff's Response to Order [DE 35], which the Court construes as a motion for reconsideration and to reopen the case, is **DENIED.**

3)  This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 18th day of February, 2025.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:  All Counsel of Record/Pro Se Plaintiff